# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carey, Kevin J. | United States Bankruptcy Court for the District of Delaware | 07/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees, Executive Board | Turnaround Management Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual | $10,000.00 |
| 2. 2013 | Temple University Beasley School of Law (teaching) | $8,667.00 |
| 3. 2013 | St. John's University (teaching) | $7,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | _____ LLC (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | January 24-25, 2013 | Atlantic City, NJ | Attend Annual Conference (member) | Lodging, Meals, Mileage, Parking, Program Fee |
| 2. | New York Institute of Credit | January 31, 2013 | New York, NY | (panelist) | Amtrak |
| 3. | Turnaround Managemenet Association | February 5-8, 2013 | Las Vegas, NV | Distressed Investng Conference (panelist and Board of Trustees meeting) | Airfare, Lodging, Local Transportation, Parking, Meals, Program Fee |
| 4. | Turnaround Management Association | February 20-22, 2013 | Las Vegas, NV | VALCON (panelist) | Airfare, Lodging, Local Transportation, Parking, Meals, Program Fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/16/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Turnaround Management Association | March 4-5, 2013 | Chicago, IL | Workshop - program co-chair; attend planning meetings | Airfare, Lodging, Parking, Meals, Program Fee |
| 6. | Turnaround Management Association | April 2, 2013 | New York, NY | Panel (panelist) | Amtrak, Local Transportation, Parking |
| 7. | National Conference of Bankruptcy Judges | Aparil 7-9, 2013 | Phoenix, AZ | Mid-Year Meeting (committee member) | Airfare, Lodging, Local Transportation, Parking, Meals, Baggage Fees, Program Fee |
| 8. | St. John's Law School | Aparil 12-13, 2013 | Queens, NY | LLM Class (adjunct instructor) | Amtrak, Lodging, Meals, Tips |
| 9. | American Bankruptcy Institute | April 17-19, 2013 | National Harbor, MD | Spring Meeting (Board member and panelist) | Lodging, Parking, Meals, Mileage, Tolls, Program Fee |
| 10. | St. John's Law School | April 19-20, 2013 | Queens, NY | LLM Class (adjunct instructor) | Amtrak, Lodging, Meals, Tips |
| 11. | Southern District of Florida Bankruptcy Bar Association | May 9-12, 2013 | Palm Beach, FL | Annual bar association retreat (instructor) | Airfare, Lodging, Parking, Tolls, Program Fee |
| 12. | Turnaround Management Association | May 13-15, 2013 | Chicago, IL | Annual Spring Conference (Board of Trustees meeting) | Airfare, Lodging, Local Transportation, Parking, Meals, Baggage Fees, Tips |
| 13. | Association of Insolvency and Restructuring Advisors | June 5-8, 2013 | Chicago, IL | Valuation Panel (panelist) | Airfare, Lodging, Parking, Meals, Baggage Fees, Baseball Game, Program Fee |
| 14. | American Bankruptcy Institute | July 18-21, 2013 | Amelia Island, FL | Southeast Bankruptcy Workshop (panelist) | Airfare, Lodging, Local Transportation, Mileage, Parking, Program Fee |
| 15. | Turnaround Management Association | July 22-23, 2013 | Chicago, IL | Staff Meeting | Airfare, Lodging, Local Transportation, Parking |
| 16. | American Bankruptcy Institute | August 8-10, 2013 | Hershey, PA | Mid-Atlantic Workshop (panelist) | Lodging, Mileage, Tolls, Tips, Program Fee |
| 17. | Turnaround Management Association | September 11, 2013 | New York, NY | Nominations Committee Meeting (committee meeting) | Amtrak, Local Transportation, Parking |
| 18. | National Conference of Bankruptcy Judges | September 17-18, 2013 | Washington, D.C. | Legislative Committee meeting and Congressional reception (Committee meeting) | Lodging, Mileage, Parking, Tolls |
| 19. | American Bankruptcy Institute | September 26-27, 2013 | Washington, D.C. | Views from the Bench (panelist) | Lodging, Mileage, Parking, Tolls, Program Fee |
| 20. | Turnaround Management Association | October 2-5, 2013 | Washington, D.C. | TMA Annual (Board of Trustees meeting) | Lodging, Mileage, Local Transportation, Meals, Program Fee |
| 21. | St. John's Law School | October 17-19, 2013 | Queens, NY | LLM Class (adjunct instructor) | Amtrak, Lodging, Meals, Parking, Tips |
| 22. | National Conference of Bankruptcy Judges | October 30- November 3, 2013 | Atlanta,GA | Annual Meeting (committee meeting) | Airfare, Lodging, Local Transportation, Parking, Meals, Program Fee |
| 23. | Turnaround Management Association | November 20-21, 2013 | Toronto, ON | Newsmakers Dinner (attendee) | Airfare, Lodging, Local Transportation, Parking, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carey, Kevin J. | 07/16/2014 |

| 24. | Turnaround Management Association | December 14-16, 2013 | New York, NY | Leadership Retreat (attendee) | Amtrak, Lodging, Local Transportation, Parking, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services (formerly Wachovia) | Line of Credit | J |
| 2. | Citibank VISA | Credit Card | K |
| 3. | American Express Optima | Credit Card | K |
| 4. | Barclaycard (formerly Bank of America - USAir) | Credit Card | K |
| 5. | American Express | Credit Card | K |
| 6. | TD Bank | Credit Card | J |
| 7. | Sears | Credit Card | J |
| 8. | Internal Revenue Service | Payment Plan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮▮▮ LLC 401(k) | C | Dividend | L | T | | | | | |
| 2. Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 07/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, No. 8

This obligation was inadvertently omitted from my initial 2013 Report and is being paid currently under an agreed plan.  Payments relate to 2012 federal income taxes and will be completed in August, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544